No. 74–5492.   SNIDER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–5529.   McHAR v. McHALE.   C. A. D. C. Cir. Certiorari denied.

No. 74–5542.   COOK v. ADMINISTRATOR, VETERANS' ADMINISTRATION.   C. A. 5th Cir.   Certiorari denied.

No. 74–5545.   STONE v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–5546.   NORMAN v. CLANON, MEDICAL FACILITY SUPERINTENDENT.   Sup. Ct. Cal.   Certiorari denied.

No. 74–5547.   CARPENTER v. CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 74–5550.   MORENO v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 74–5555.   McALISTER ET AL. v. MASSACHUSETTS. Sup. Jud. Ct. Mass.   Certiorari denied.

No. 74–5557.   DODSON v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 74–5558.   MYERS, DBA ROMYCO STEREO v. AMPEX, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 74–5561.   CARTER v. MONEY TREE Co.   C. A. 5th Cir.   Certiorari denied.

No. 74–5569.   JONES v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 74–5578.   MAGEE v. BRITT, WARDEN, ET AL.   Sup. Ct. Cal.   Certiorari denied.